# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:12cr006-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| AMBER DAWN KEEL. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 60].

For cause shown, the Court will grant the Government's motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 60] is **GRANTED**, and the Bill of Indictment [Doc. 1] filed in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE** with respect to the Defendant Amber Dawn Keel only.

**IT IS SO ORDERED.**

Signed: May 21, 2012

Martin Reidinger
United States District Judge