# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:12 cr 06-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| REGINA DAWN BIRD, | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** has come before the Court pursuant to a Violation Report (#67) filed by the United States Probation Office alleging that defendant had violated terms and conditions of her presentence release. After the arrest of defendant on September 10, 2012 the undersigned conducted an initial appearance hearing for defendant regarding the Violation Report and directed the Clerk to contact defendant's attorney, Mr. Tony Rollman, who had been appointed by the Court previously to represent defendant to advise him of the scheduled hearing. The Clerk reported that upon her contact with Mr. Rollman he was out of the state, was some distance away and could not return to represent defendant in regard to the Violation Report. The undersigned then determined to direct that additional counsel be appointed for defendant for the purpose of representing her at the hearing of the Violation Report. Attorney Frank Abrams was designated as the attorney to represent defendant.

At the present time, defendant has two attorneys, Mr. Rollman and Mr. Abrams

which have both been appointed by the Court to represent defendant. Upon Mr. Rollman's return to the state of North Carolina, Mr. Rollman is directed to consult with Mr. Abrams and with defendant. After such consultation, either Mr. Rollman or Mr. Abrams are directed to, within ten (10) days after consultation with defendant, file a motion to withdraw indicating which attorney wishes to withdraw as counsel for defendant in this matter so the defendant will have one court appointed attorney representing her.

## ORDER

**IT IS, THEREFORE, ORDERED** that, at the present time, both Mr. Tony Rollman and Mr. Frank Abrams are appointed to represent defendant in the above entitled matter. Within ten (10) days after the return of Mr. Rollman to the state of North Carolina, he and Mr. Abrams are directed to consult with defendant and for a determination to be made as to whether Mr. Rollman will continue to represent defendant or Mr. Abrams will continue to represent defendant. The remaining attorney shall file a motion to withdraw within ten (10) days after the meeting.

Signed: September 14, 2012

Dennis L. Howell
United States Magistrate Judge